BUSH *v.* SHEFFIELD

PER CURIAM. Following the rulings in *Coker* v. *Birge,* 9 *Ga.* 425 (54 Am. D. 347), and cit., and 10 *Ga.* 335, the court did not err in overruling the demurrer to the petition and in granting an interlocutory injunction. The following cases differ in their facts, and are not in conflict: *Standard Oil Co.* v. *Kahn,* 165 *Ga.* 575 (141 S. E. 643); *Thompson* v. *Texas Co.,* 166 *Ga.* 315 (143 S. E. 376); *Barton* v. *Rogers,* 166 *Ga.* 802 (144 S. E. 248).

*Judgment affirmed. All the Justices concur.*

No. 7154. FEBRUARY 11, 1930.

852

*W. I. Geer*, for plaintiff in error.
*J. A. Drake* and *P. Z. Geer*, contra.